**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CURTIS TERRELL AND ANGELA TERRELL, <br><br> *Plaintiffs* <br><br> v. <br><br> JASON ALLGRUNN, MICHAEL BANTA, and JEFFERY HENDERSON, JR., individually and their official capacities as duly sworn officers with DeSoto Parish Sheriff's Office, JAYSON RICHARDSON, in his official capacity as Sheriff of DeSoto Parish only, and OLD REPUBLIC UNION INSURANCE COMPANY, <br><br> *Defendants* | **CIVIL ACTION NO. 5:20-CV-00999** <br><br> **JUDGE ELIZABETH E. FOOTE** <br><br> **MAG. JUDGE MARK HORNSBY** |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Curtis Terrell and Angela Terrell, who move this Court for partial summary judgment against Defendants pursuant to Federal Rule of Civil Procedure 56. Plaintiffs Curtis Terrell and Angela Terrell now request that this Court grant partial summary judgment on their claims for Unlawful Search and Seizures in Violation of the Fourth Amendment and Fourteenth Amendment of the United States Constitution 42 U.S.C. § 1983 (Count 1) as to Mrs. Terrell, Excessive Force in Violation of the Due Process Clause of the Fourteenth Amendment 42 U.S.C. § 1983 (Count 2) as to both Plaintiffs, Interference with First Amendment Speech and Retaliation in Violation of the First and Fourteenth

Amendments of the United States Constitution 42 U.S.C. § 1983 (Count 4) as to Mrs. Terrell, as well as on the *Monell/Hinojosa* and Failure to Train/Supervise (Count 6), Intentional and Negligent Infliction of Emotional Distress and Negligence (Count 8), State Law False Imprisonment (Count 9), Respondeat Superior (Count 13), and Direct Action under Louisiana Revised Statute § 22:655 (Count 15) as to both Plaintiffs.

The grounds for this motion are set forth in the attached Statement of Uncontested Facts, in accordance with Federal Rule of Civil Procedure 56 and Local Rule 56.1, Memorandum in Support, and Exhibits, all of which are incorporated herein

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion.

Respectfully submitted,

_s/ Casey Denson_____
**Casey Rose Denson (La. Bar #33363)**
**Justine G. Daniel (La. Bar #36856)**
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com
jdaniel@caseydensonlaw.com

_s/ Howard Conday_____
**Howard E. Conday (La. Bar #35717)**
**LAW OFFICES OF HOWARD E. CONDAY JR., LLC**
113 South Dr., Suite #4
Natchitoches, LA 71457
Telephone: 318-238-1756
assistant@howardcondaylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2022, a copy of the foregoing Motion for Partial Summary Judgment was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      /s/ Casey Denson
     CASEY DENSON, ESQ.