UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CURTIS TERRELL, ET AL. | CIVIL ACTION NO. 20-999 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAYSON RICHARDSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is an unopposed motion for an extension of time, jointly filed by Defendants DeSoto Parish Sheriff Jayson Richardson, Jason Allgrunn, Michael Banta, Jeffery Henderson, Jr., and Old Republic Union Insurance Company ("Old Republic") (collectively, "Defendants"). Record Document 65. Previously, Richardson, Allgrunn, Banta, and Henderson filed a motion for summary judgment, and Old Republic filed a separate motion for summary judgment. Record Documents 38 and 47. Plaintiffs Curtis and Angela Terrell filed oppositions to both motions. Record Documents 61 and 64. Now, Defendants request an extension of time to file their respective reply briefs.

Considering the foregoing unopposed motion, **IT IS ORDERED** that the motion [Record Document 65] is **GRANTED**. The deadlines for Defendants to file their respective reply briefs in support of the motions for summary judgment, Record Documents 38 and 47, are extended to **June 2, 2022**.

**THUS DONE AND SIGNED** this 24th day of May, 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE