UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CURTIS TERRELL, ET AL. | CIVIL ACTION NO. 20-999 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAYSON RICHARDSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering Plaintiffs' motion for leave to file a memorandum in excess of the page limitation set forth in Local Rule 7.8,

**IT IS ORDERED** that the motion for leave [Record Document 79] is **GRANTED**.

**THUS DONE AND SIGNED** this \_\_23rd\_\_ day of June, 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE