# EXHIBIT 1

## RECORDS CERTIFICATION

STATE OF LOUISIANA                      PARISH OF NATCHITOCHES

I, _Amy Bienvenu_ , a person of the full age of majority, do

hereby certify and declare under penalty of perjury as follows:

1. All facts stated in this certification are based upon my personal knowledge.

2. I am the duly authorized custodian of records for <u>Amy Bienvenu, LLC</u>. As part of my job, I maintain and keep records for <u>Amy Bienvenu, LLC</u>.

3. Submitted herewith are true and correct copies of records on file with <u>Amy Bienvenu, LLC</u> for CURTIS MARVIN TERRELL.

4. The medical records submitted herewith were made and kept in the ordinary, regularly conducted course of business of <u>Amy Bienvenu, LLC</u>.

5. Making records like the records submitted herewith is a regular practice of <u>Amy Bienvenu, LLC</u> in the ordinary course of its business.

6. The records submitted herewith were generated or obtained at or near the time of the acts, events, conditions, opinions, and/or diagnoses described in them by persons with knowledge of the information reflected in the records, or from information transmitted by persons with knowledge of the information reflected in the records.

Certified and declared to be true and correct under penalty of perjury on this ____4____ day of ___March___, 2021.

Signature of Records Custodian

Printed Name: _Amy Bienvenu_

Page 1 of 1

DEF 181

3/3/2021

Law Offices of Cook, Yancey, King & Galloway
Attention: J. Ashby Davis
333 Texas Street, Suite 1700
Shreveport, LA 71120-2260

RE: Curtis Terrell / DOB 2/18/1980

Dear Mr. Davis,

The following information is to comply with the subpoena requested for 3/5/2021 at 12pm.

My initial psychosocial assessment completed 10/28/2020 indicated treatment necessity for the following diagnosis: Posttraumatic Stress Disorder, Major Depressive Disorder single episode severe with psychosis, Amphetamine abuse, mild, episodic.

This client has been compliant with all treatment beginning 10/28/2020 and continuing at this time. I have recommended 15-20 sessions to stabilize client's mood, develop coping mechanisms, adhere to medication management as necessary. In addition, further objectives include: establish techniques to manage anxiety, improve relationships and re-establish support systems. This ongoing psychotherapy treatment has thus provided client with trauma insight, the ability to recognize symptomology to better manage unwanted memories, thoughts and feelings associated with the traumatic incident client reported in detail.

Throughout treatment, client has exhibited symptomology congruent with Posttraumatic Stress Disorder (PTSD). This client has heightened reactions, intense fear and distrust of police officers. He responds with persistent avoidance of activities, places or physical reminders. Client's anxious thoughts and physical symptoms of anxiety increase when a police car is in his sight. This client maintains an unhealthy hypervigilance at all times. Directly due to this incident, client has isolated, emotionally detached from friends and family, damaging his marriage in the months following. Client also reports an intense awareness of his mouth / tooth that were injured in the incident. Initially, I noted a mild psychosis as he reported being able to take on the thoughts of the offending police officer. He further has overall memories of the trauma when his mouth hurts.

In addition to PTSD, this client exhibits depressive symptomology indicating a co-occurring dx of Major Depressive Disorder (MDD). Client has been increasingly irritable, reports tearful episodes 2 times per day, several times per week since this episode occurred. This is not uncommon to see a co-occurring diagnosis of MDD after a major traumatic event. This client

also reports a history of substance abuse that compounds these issues as he has been self-medicating, using methamphetamines to decrease thoughts, anxiety and depression related to the trauma.

There is concern about the ongoing nature of the justice system to determine the outcome of the offending officer. Client is having difficulty with closure due to this ongoing situation.

Current diagnosis include: PTSD, MDD single episode severe with psychosis, Amphetamine abuse, mild, episodic. Client is progressing and his prognosis is good. Limitations include aversion to medication management in conjunction with therapy and he is not currently open to marriage counseling.

I have 1 final termination session scheduled, but has been postponed due to the winter storm and COVID-19 related issues. I will confirm completion of therapy services upon termination. My charges for Mr. Terrell's case at this time total $1,085.

Sincerely,

Amy Bienvenu, LCSW-BACS
Mental Health and Wellness