# EXHIBIT 2

# RECORDS CERTIFICATION

STATE OF LOUISIANA  -  PARISH OF NATCHITOCHES

I, _Amy Bienvenu_, a person of the full age of majority, do hereby certify and declare under penalty of perjury as follows:

1. All facts stated in this certification are based upon my personal knowledge.
2. I am the duly authorized custodian of records for <u>Amy Bienvenu, LLC</u>. As part of my job, I maintain and keep records for <u>Amy Bienvenu, LLC</u>.
3. Submitted herewith are true and correct copies of records on file with <u>Amy Bienvenu, LLC</u> for ANGELA TERRELL.
4. The medical records submitted herewith were made and kept in the ordinary, regularly conducted course of business of <u>Amy Bienvenu, LLC</u>.
5. Making records like the records submitted herewith is a regular practice of <u>Amy Bienvenu, LLC</u> in the ordinary course of its business.
6. The records submitted herewith were generated or obtained at or near the time of the acts, events, conditions, opinions, and/or diagnoses described in them by persons with knowledge of the information reflected in the records, or from information transmitted by persons with knowledge of the information reflected in the records.

Certified and declared to be true and correct under penalty of perjury on this _4_ day of _March_, 2021.

_____
Signature of Records Custodian

Printed Name: _Amy Bienvenu_

3/3/2021

Law Offices of Cook, Yancey, King & Galloway
Attention: J. Ashby Davis
333 Texas Street, Suite 1700
Shreveport, LA 71120-2260


RE: Angela Terrell

Dear Mr. Davis,

I evaluated Mrs. Angela Terrell on 10/27/2020 to determine treatment necessity. This client was compliant with all four sessions to process her experience involving police brutality. She detailed her experience contacting 911 emergency services seeking treatment for her spouse and the traumatic events that followed. She revisited her encounter with the officer on duty, the embarrassment, depressed mood and shame that she suffered directly due to this incident.

This client sought out treatment through medication management initially after experiencing severe depressive symptomology in the months following this incident. Client reported guilt and shame related to the outcome of that day's events, the physical assault by an officer when she was only seeking mental health assistance. She reported the slow deterioration of her marriage due to the mental anguish both she and her spouse experienced.

Client was compliant with all of her recommended sessions to process the trauma and manage her thoughts and feelings more effectively. This client had a positive response to the anti-depressant medication that she started after the traumatic incident to help her cope. Once she was evaluated, I noted that she was able to process the experience clearly, exhibited resilience and the ability to maintain healthy connections with friends and family at this time. Client's primary concern was for her marriage and continued treatment for her spouse to ensure his stability.

Based on review of symptoms over the previous year as reported by client, she suffered from Major Depressive Disorder, recurrent, severe, currently in partial remission. There is mild suspicion / fear of police officers when encountered after the incident, however the response was mild in nature and not debilitating. Her prognosis for full recovery is good and she continues medication management with her primary care physician. I have terminated services with Mrs. Terrell and the total charges for this client are $405.00.

Sincerely,

*[signature]*

Amy Bienvenu, LCSW-BACS
Mental Health and Wellness