# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CURTIS TERRELL AND ANGELA TERRELL, *Plaintiffs* v. JASON ALLGRUNN, MICHAEL BANTA, and JEFFERY HENDERSON, JR., individually and in their official capacities as duly sworn officers with DeSoto Parish Sheriff's Office, JAYSON RICHARDSON, in his official capacity as Sheriff of DeSoto Parish only, and OLD REPUBLIC INSURANCE COMPANY., *Defendants* | CIVIL ACTION NO. 5:20-CV-00999  JUDGE ELIZABETH E. FOOTE  MAG. JUDGE MARK HORNSBY |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion to Enroll:

IT IS HEREBY ORDERED that the motion is GRANTED and Mercedes Ann Townsend, Esq. of Casey Denson Law, LLC, shall be and is hereby enrolled as counsel of record for the Plaintiffs in the above-captioned matter.

Shreveport, Louisiana this __7th__ day of _____July_____, 2023.



_____
JUDGE