UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CURTIS TERRELL AND ANGELA TERRELL,** | **CIVIL ACTION NO. 5:20-CV-00999** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JASON ALLGRUNN, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

<u>**STIPULATION OF DISMISSAL**</u>

Plaintiffs Curtis Terrell and Angela Terrell and Defendants DeSoto Parish Sheriff Jayson Richardson, Jason Allgrunn, Michael Banta, Jeffery Henderson, Jr., and Old Republic Union Insurance Company (hereinafter, the "parties") file this Stipulation of Dismissal requesting dismissal of all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), representing as follows:

1.

The parties, having fully resolved the above-captioned matter, hereby stipulate to (1) dismissing this action with prejudice with each party to be responsible for their own costs and fees; and (2) request the Clerk of Court to close this case.

WHEREFORE, the parties request dismissal of this action be made with prejudice with each party to be responsible for their own costs and fees and the Clerk of Court be directed to close this case.

By: /s/ Casey Rose Denson
Casey Rose Denson (La. Bar #33363)
Mercedes Townsend (La. Bar #39054)
CASEY DENSON LAW, LLC
8131 Oak Street, Suite 100
New Orleans, LA 70118
T: (504)224-0110
cdenson@caseydensonlaw.com

/s/ Howard E. Conday
Howard E. Conday (La. Bar #35717)
Law Office of Howard E. Conday, LLC
328 St. Denis Street
Natchitoches, LA 71457

ATTORNEYS FOR PLAINTIFFS CURTIS TERRELL AND ANGELA TERRELL


COOK, YANCEY, KING & GALLOWAY

A Professional Law Corporation

By: /s/ James Ashby Davis
James R. Sterritt     #18447
James Ashby Davis   #37653
333 Texas Street, Suite 1700
Post Office Box 22260
Shreveport, Louisiana 71120-2260
Telephone:     (318) 221-6277
Telecopier:     (318) 227-7850
James.sterritt@cookyancey.com
Ashby.davis@cookyancey.com

ATTORNEYS FOR DEFENDANTS DESOTO PARISH SHERIFF JAYSON RICHARDSON, JASON ALLGRUNN, MICHAEL BANTA, AND JEFFERY HENDERSON, JR.

By: /s/ Madaline Rabalais
Connell L. Archey (La. No. 20086)
Madaline Rabalais (La. No. 38301)
Butler Snow, LLP
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, LA 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
madaline.rabalais@butlersnow.com
Connell.archey@butlersnow.com
ATTORNEYS FOR OLD REPUBLIC UNION INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, with notice to be sent by operation of the court's electronic filing system, on the 21st day of November, 2025.

*/s/ Casey Denson*
CASEY DENSON, ESQ.