UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CURTIS TERRELL AND ANGELA TERRELL,** | **CIVIL ACTION NO. 5:20-CV-00999** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JASON ALLGRUNN, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

Considering the foregoing "Stipulation of Dismissal" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by all parties in the above-captioned matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action be and is hereby DISMISSED WITH PREJUDICE. Each party shall be responsible for its own costs and fees.

The Clerk of Court is directed to close this case.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this \_\_\_\_ day of _____, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE